HUGH H. SENIOR, Appellant, v. NEW YORK CITY RAILWAY COMPANY, Respondent.

*Senior* v. *New York City Ry. Co.*, 111 App. Div. 39, affirmed.
(Argued December 12, 1906; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1906, affirming a judgment of the Appellate Term, which affirmed a judgment of the Municipal Court of the city of New York dismissing the complaint in an action to recover a penalty under sections 39 and 101 of the Railroad Law.

*Hampton D. Ewing* and *George H. Gilman* for appellant.

*Adrian H. Joline, Adrian H. Larkin* and *Henry V. Poor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Taking no part: GRAY, J.

---

ISAAC T. BROWN, Appellant, v. MARY C. LEARY, as Administratrix of the Estate of JAMES D. LEARY, Deceased, Respondent.

*Brown* v. *Leary*, 100 App. Div. 421, appeal dismissed.
(Argued February 18, 1907; decided February 19, 1907.)

APPEAL from a final judgment, entered February 21, 1905, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer in an action for conversion.

*Benjamin E. De Groot* and *Samuel Campbell* for appellant.

*Albert A. Wray* and *Stephen Callaghan* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.